IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

| | |
|---|---|
| Civil Action: 25-cv-00353-RMR-TPO | Date: August 27, 2025 |
| Courtroom Deputy: Jesse Torres | FTR: Courtroom C402 |

| *Parties:* | *Counsel:* |
|---|---|
| MATTHEW LANCLOS, | Don Foty (by video teleconference) |
| | Matthew Parmet (by video teleconference) |
| Plaintiff, | |
| v. | |
| SOUTHWEST AIRLINES CO., | Kimberly Cheeseman |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**Court in session: 10:00 a.m.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

The Court addresses Defendant's Motion to Vacate the Scheduling Conference and Stay Discovery [ECF 29]. The Court notes that it ruled on the portion of Defendant's Motion seeking to vacate the Scheduling Conference on May 8, 2025. ECF 38. Initial arguments on Defendant's Motion to Stay were heard as part of the Scheduling Conference. Additional arguments and updates on the status of discovery are provided by counsel.

The Court addresses Plaintiff's Motion to Strike or, in the Alternative, Motion for Leave to file Sur-Reply to Defendant Southwest Airlines Co.'s Reply in Support of Its Motion to Dismiss [ECF 32]. The Court does not request any argument on this Motion.

For the reasons stated on the record, it is:

**ORDERED:** The portion of Defendant's Motion to Vacate the Scheduling Conference and Stay Discovery [ECF 29] that seeks a stay of discovery is

**GRANTED IN PART AND DENIED IN PART.** As explained on the record, the Motion is **granted** to the extent it seeks a stay of written discovery as to the class of potential plaintiffs and all oral discovery. Accordingly, written discovery as to the class of potential plaintiffs and all oral discovery are hereby **STAYED** in this case until further Order of the Court. The Motion is **denied** as it pertains to written discovery about the Plaintiff individually. Defendant is ordered to answer written discovery pertaining to Plaintiff individually (and to the Defendant's policies and practices) **by September 24, 2025**. The parties are to confer on their mutual understanding of the Court's ruling as applied to Plaintiff's specific discovery requests.

Plaintiff's Motion to Strike or, in the Alternative, Motion for Leave to file Sur-Reply to Defendant Southwest Airlines Co.'s Reply in Support of Its Motion to Dismiss [ECF 32] is **GRANTED IN PART AND DENIED IN PART.** The Motion is **denied** to the extent it seeks to strike ECF 28. The Motion is **granted** to the extent it seeks to file a sur-reply to ECF 25. Accordingly, Plaintiff's Sur-Reply filed at ECF 32-1 is accepted as filed. Defendant shall file any Sur-Response, not to exceed five pages, and Plaintiff shall file any notice of supplemental authority on or before **October 8, 2025.**

HEARING CONCLUDED.

**Court in recess: 10:47 a.m.**
Total time in court: 00:47

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.